TCL
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Minnesota

UNITED STATES OF AMERICA

v.

OLUWADAMILOLA OGOOLUWA BAMIGBOYE, and

REKEYA LIONESHA LEE FRAZIER

Case No. 25-mj-846 DTS

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about December 10, 2025, in the State and District of Minnesota, defendants,

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a special agent of the Department of Homeland Security Investigations, who was engaged in the performance of official duties, and caused physical contact, and with the intent to commit another felony;

all in violation of Title 18, United States Code, Section 111(a).

I further state that I am a special agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes  ☐ No

_____
Complainant's signature

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Terry A. Getsch
FBI Special Agent
_____
Printed name and title

Date:    December 11, 2025

_____
Judge's Signature

City and State: Minneapolis, MN

David T. Schultz
United States Magistrate Judge
_____
Printed Name and Title