UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 25-477 LMP/JFD |
| Plaintiff, | 18 U.S.C. § 2 |
| | 18 U.S.C. § 111(a)(1) |
| v. | |
| 1) OLUWADAMILOLA OGOOLUWA BAMIGBOYE, | |
| 2) REKEYA LIONESHA LEE FRAZIER, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### Count 1
(Aiding and Abetting Resisting and Impeding a Federal Officer)

On or about December 10, 2025, in the State and District of Minnesota, the defendants,

**OLUWADAMILOLA OGOOLUWA BAMIGBOYE**, and
**REKEYA LIONESHA LEE FRAZIER**,

each aiding and abetting the other, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in Title 18, United States Code, Section 1114, namely, a federal law enforcement special agent from the Department of Homeland Security Investigations, while such person was engaged in, and on account of the performance of, official duties, and the defendants' acts involved physical contact with the victim and the intent to commit another felony, all in violation of Title 18, United States Code, Sections 111(a)(1) and 2.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY        FOREPERSON

SCANNED
DEC 16 2025
U.S. DISTRICT COURT MPLS