UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.         Plaintiff,<br><br>REKEYA LIONESHA FRAZIER,<br><br>                 Defendant. | Criminal No. 25-cr-477(2) (LMP/JFD)<br><br>**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Rekeya Frazier, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to consult with my attorney and review discovery. Based on the above facts, I request that the period-of-time from now until 30 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: February 3, 2026            *s/ Jean Brandl on behalf of Rekeya Frazier*
                                                           REKEYA LIONESHA FRAZIER
                                                           Defendant

Dated: February 3, 2026            *s/ Jean M. Brandl*
                                                           JEAN BRANDL
                                                           Attorney ID No.: 0387260
                                                           Attorney for Ms. Frazier
                                                           107 U.S. Courthouse
                                                           300 South Fourth Street
                                                           Minneapolis, MN 55415