UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 25-cr-477(2) (LMP/JFD) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S JOINT MOTION TO** |
| v. | ) | **MODIFY CONDITIONS OF** |
| | ) | **RELEASE** |
| REKEYA LIONESHA LEE FRAZIER AND OLUWADAMILOLA OGOOLUWA BAMIGBOYE, | ) ) ) ) | |
| Defendant. | ) | |

Ms. Frazier and Mr. Bamigboye, by and through Ms. Frazier's attorney, Jean Brandl, hereby respectfully request that the conditions of their release be modified to authorize their pretrial services officer to allow them to have contact with one another, so long as they do not discuss the case. The government, probation, and Mr. Bamigboye's attorney Kevin Riach have no objection to this request.

A proposed order will be provided to Chambers.

Dated: February 18, 2026

Respectfully submitted,

*s/ Jean M. Brandl*

JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Mr. Frazier
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

1