| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **DISCOVERY OF EXPERT UNDER** |
| v. | ) | **RULE 16(a)(1)(G)** |
| | ) | |
| REKEYA LIONESHA FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant, by and through her undersigned counsel, hereby moves the Court for a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(G).

Dated:  May 15, 2026

Respectfully submitted,

*s/ Jean M. Brandl*

JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Ms. Frazier
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415