UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 25-477(2) (LMP/JFD) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **GRAND JURY TRANSCRIPTS** |
| REKEYA LIONESHA FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Rekeya Frazier, by and through her attorney, moves the Court for an order under Rules 12(i) and 26.2 of the Federal Rules of Criminal Procedure for production of Grand Jury transcripts for those witnesses the Government intends to call at the trial. The defendant is entitled to the transcripts after direct examination but prior to cross-examination.

However, should the government turn them over at that point, the defense is also entitled to a recess for examination of the statements under Rule 26.2(d). Thus to save the court time, the defendant requests the transcripts at least three days prior to the in limine motions hearing.

Dated: May 15, 2026

Respectfully submitted,

*s/ Jean M. Brandl*

JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Ms. Frazier
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

1