UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-477(2) (LMP/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v.                Plaintiff, | ) | **DEFENDANT'S MOTION** |
| | ) | **FOR BILL OF PARTICULARS** |
| REKEYA LIONESHA FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Rekeya Frazier, by and through her attorney, and pursuant to Rule 7(f) Federal Rules of Criminal Procedure hereby moves the Court for an order directing the government to file a Bill of Particulars so that Ms. Frazier can know what particular other felony was intended to be committed, as set forth in the Indictment. (Doc. 18).

In a motion to appeal the denial of a request for a bill of particulars, a "defendant must show that [s]he was actually surprised at trial and suffered prejudice from the denial." *United States v. Stephenson,* 924 F.2d 753, 762 (8th Cir.). Here, Ms. Frazier has no idea what particular other felony was intended to be committed. If she were to start trial today, she would have no idea how to defend herself against an unestablished other felony. In the interest of justice, Ms. Frazier requests that the Government provide a Bill of Particulars specifically designating what felony was intended to be committed as part of the crime charged.

Ms. Frazier respectfully asks the Court to order the Government to respond with specificity to the issue set forth above.

Dated:   May 15, 2026

Respectfully submitted,

*s/ Jean M. Brandl*

JEAN M. BRANDL
Attorney ID No. 0387260
Attorney for Ms. Frazier
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415