UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-477(2) (LMP/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S MOTION TO |
| v. | ) | DISMISS INDICTMENT FOR |
| | ) | FAILURE TO STATE AN OFFENSE |
| REKEYA LIONESHA FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Rekeya Frazier, by and through her attorney, respectfully moves the court for an order dismissing the indictment in the above-entitled matter on the grounds that it fails to allege all the essential elements of the offense and fails to state an offense against the United States.

An indictment is "legally sufficient on its face if it contains all of the essential elements of the offense charged, fairly informs a defendant of the charges against which [s]he must defend, and alleges sufficient information to allow a defendant to plead a conviction or acquittal as a bar to subsequent prosecution." *United States v. Fleming*, 8 F.3d 1264, 1265 (8th Cir. 1993). The starting point for the Court to analyze this issue is "interpreting the language of the statute itself." *United States v. Jungers*, 702 F.3d 1066, 1069 (8th Cir. 2013). Specifically, Ms. Frazier alleges the charged offense in the indictment does not cover her conduct because there is no allegation of another intended felony offense, which is required as an element of the offense charged. *See United States v. Flute*, 929 F.3d 584, 586 (8th Cir. 2018).

Said motion is based on all files, records, and proceedings herein and the accompanying memorandum.

Dated:   May 15, 2026                    Respectfully submitted,

                                         *s/ Jean M. Brandl*

                                         _____

                                         JEAN M. BRANDL
                                         Attorney ID No. 0387260
                                         Attorney for Ms. Frazier
                                         107 U.S. Courthouse
                                         300 South Fourth Street
                                         Minneapolis, MN 55415