**UNITED STATES DISTRICT COURT**

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                         Plaintiff,

v.

                                     **Criminal No.** 25-CR-477 (LMP/JFD)

OLUWADAMILOLA OGOOLUWA
      BAMIGBOYE (1),

                      Defendant,

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                    (X)Ad Prosequendum          ( )Ad Testificandum

Name of Detainee:  Oluwadamilola Ogooluwa Bamigboye_____
Detained at (custodian):   Sherburne County_____

The government is requesting the ERO to transport detainee.

Detainee is:   a.)      (X) charged in this district by:  Indictment
                         Charging Detainee With:  Assault of a Federal Officer
    or      b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)      (X) return to the custody of detaining facility upon termination of this proceeding
    or      b.)      ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on July 6, 2026 at 2:00 p.m. in the courtroom of The Honorable John F. Docherty.

Dated: July 6, 2026                          _s/ Bradley M. Endicott_
                                     Bradley M. Endicott, AUSA

**WRIT OF HABEAS CORPUS**

         (X )Ad Prosequendum                   ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

__July 6, 2026_____         _s/Douglas L. Micko_____
Date                                     THE HONORABLE DOUGLAS L. MICKO
                                       UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | |
| Facility Address: | Sherburne County | Race: | |
| | 13880 Business Ctr Dr NW, Elk River, MN 553 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____  _____
                                                                        (Signature)