# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,

v.

OLUWADAMILOLA
OGOOLUWA BAMIGBOYE and
REKEYA LIONESHA LEE
FRAZIER,

               Defendants.

**COURT MINUTES**
BEFORE: JOHN F. DOCHERTY
U.S. MAGISTRATE JUDGE

Case No. 25-CR-477 (LMP/JFD)
Date:        July 6, 2026
Location:     Courtroom 6A, St. Paul
Court Reporter:    Lynne Krenz
Time Commenced:  2:05 P.M.
Time Concluded:   2:19 P.M.
Time in Court:    14 minutes

## MOTIONS HEARING

**APPEARANCES:**

    For the Government: Bradley Endicott
    For Oluwadamilola Ogooluwa Bamigboye: Kevin C. Riach
    For Rekeya Lionesha Lee Frazier: Jean M. Brandl

**PROCEEDINGS**:
The Court heard oral argument on pretrial motions from both defendants, including motions from Mr. Bamigboye (Dkt. Nos. 52–53) and motions from Ms. Frazier (Dkt. Nos. 47–51, 54). The United States submitted Government Exhibit 1. Mr. Bamigboye submitted Defense Exhibit 1. All exhibits were received without objection. The United States will provide its exhibit on a flash drive within 24 hours.

Defendants' post-hearing briefs due: **July 22, 2026**
United States' post-hearing brief due: **August 5, 2026**
Motion taken under advisement on **August 5, 2026**

           /s DRD_____
           Judicial Law Clerk