UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-477(LMP/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. OLUWADAMILOLA OGOOLUWA BAMIGBOYE<br>2. REKEYA LIONESHA FRAZIER,<br><br>Defendants. | UNITED STATES' OBJECTIONS TO THE SUPPLEMENTAL REPORT AND RECOMMENDATION |

The United States of America, by and through its undersigned attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Bradley M. Endicott, Assistant United States Attorney, objects to the Supplemental Report and Recommendation (Doc. 81).

The United States maintains and incorporates it previously filed objections (Doc. 80) and respectfully requests that the Court overrule the suppression of the arrests in both the original and supplemental Reports and Recommendations for the reasons previously stated.

Dated: October 22, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

s/Bradley M. Endicott
BY: BRADLEY M. ENDICOTT
Assistant United States Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
651-848-1921
Attorney reg: 349872
Bradley.Endicott@usdoj.gov